IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIUSETTE DELLOLIO          : | |
| : | CIVIL ACTION NO. 02-CV-4141 |
| Plaintiff,          : | |
| : | |
| v.          : | |
| : | |
| BAYER CORPORATION;          : | ENTRY OF APPEARANCE |
| BAYER AG;          : | |
| GLAXOSMITHKLINE, PLC;          : | |
| GLAXOSMITHKLINE;          : | |
| SMITHKLINE BEECHAM          : | |
| : | |
| Defendants.          : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____        _____
Hope S. Freiwald                                              Aline Fairweather


_____        _____
Erin Brennan                                                    Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000